JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR LEE RICHARDSON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> LELAND DUDEK, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-02301-DFM <br><br> **JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 19, 2025

_____
HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE