UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Arthur Lee Richardson,<br><br>Plaintiff,<br><br>v.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No. 5:24-cv-02301-JLS-DFM<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND ONE HUNDRED AND 00/100 ($8,100.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE:_June 10, 2025

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE